UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Sablik, David § Case No. 10-19971
§
§
Debtors(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/30/2010. The undersigned trustee was appointed on 05/24/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 650,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 260,332.47 |
| Bank Service Fees | | 0.00 |
| Other Payments to Creditors | | 480.65 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 15,000.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 374,186.88 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 09/13/2017 and the deadline for filing governmental claims was 09/13/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

    7. The Trustee's proposed distribution is attached as **Exhibit D.**

    8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $1 ,    . . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $12,239.05, for a total compensation of $12,239.05. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $50.19 for total expenses of $50.19

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.

Date :  11/30/2017                          By :   /s/ Elizabeth C. Berg
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 10-19971 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Sablik, David | | Date Filed (f) or Converted (c): 04/30/2010 (f) |
| | | 341(a) Meeting Date: 07/19/2010 |
| For Period Ending: 11/30/2017 | | Claims Bar Date: 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 1052 Sycamore Ln Bartlett IL. | 115,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase checking account | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. 2009 tax return | 761.00 | 0.00 | | 0.00 | FA |
| 4. Various used furntirue and appliances | 500.00 | 0.00 | | 0.00 | FA |
| 5. Various used cds, dvds and books | 50.00 | 0.00 | | 0.00 | FA |
| 6. Various used clothes | 50.00 | 0.00 | | 0.00 | FA |
| 7. Claim versus the Roman Catholic Archdiocese of Chicago (u) | Unknown | 650,000.00 | | 650,000.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 117,361.00 | 650,000.00 | | 650,000.00 | 0.00 |

Re Prop. #7   Trustee and defendant reached a settlement which was approved by this Court on 9/22/17 [dkt 35] such that the Estate will recover $650,000 on account of the Debtor's claim of abuse

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 30, 2017:  This case was originally closed as a no-asset case with no distribution to creditors.  After the case was closed and the original trustee was discharged, the UST received information of the Debtor's interest in a personal injury claim.  The case was reopened pursuant to an order of this Court dated 5/12/17 [dkt 20] and Trustee was appointed as the successor trustee. Trustee obtained court authority to retain special counsel to prosecute the claim for injuries against the Roman Catholic Archdiocese of Chicago ("PI Claim").  Trustee settled the PI Claim and was granted authority to pay special counsel contingency fees and expenses pursuant to this Court's order dated 9/22/17 [dkt 35].  Once the Trustee recovers settlement proceeds, Trustee will pay special counsel allowed fees and expenses and prepare to close this case.

Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 10-19971 | **Trustee Name:** Elizabeth C Berg |
| **Case Name:** Sablik, David | **Date Filed (f) or Converted (c):** 04/30/2010 (f) |
| | **341(a) Meeting Date:** 07/19/2010 |
| **For Period Ending:** 11/30/2017 | **Claims Bar Date:** 09/13/2017 |

**Judge:** Janet S. Baer

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2018    **Current Projected Date of Final Report(TFR) :** 06/30/2018

**Trustee's Signature**   /s/Elizabeth C Berg    **Date:** 11/30/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 10-19971 | Trustee Name: | Elizabeth C Berg |
| Case Name: Sablik, David | Bank Name: | Texas Capital Bank |
| | Account Number/CD#: | ******5336 Checking Account |
| Taxpayer ID No: **-***6375 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 11/30/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/02/2017 | [7] | Archdiocese of Chicago<br>Chicago, IL | Settlement - Claim against the Archdiocese of Chicago | | 649,519.35 | | 649,519.35 |
| | | | Settlement - Claim against the Archdiocese of Chicago   650,000.00<br>per order 9/22/17 [dkt 35] | 1242-000 | | | |
| | | | Allowed secured claim per order 9/22/17 [dkt 35]   (480.65) | 4220-000 | | | |
| 10/05/2017 | 51001 | Jeff Anderson<br>Jeff Anderson & Associates<br>366 Jackson Street, Suite 1600<br>St. Paul, MN 55101 | Trustee's co-special counsel Fees Allowed per Court Order Dated September 22, 2017 [dkt 35] | 3210-600 | | 156,000.00 | 493,519.35 |
| 10/05/2017 | 51002 | Marc Pearlman<br>Kerns Frost & Pearlman<br>30 West Monroe St, Suite 100<br>Chicago, IL 60603 | Trustee's co-special counsel Fees Allowed per Court Order Dated September 22, 2017 [dkt 35] | 3210-600 | | 104,000.00 | 389,519.35 |
| 10/05/2017 | 51003 | Jeff Anderson<br>Jeff Anderson & Associates<br>366 Jackson Street, Suite 1600<br>St. Paul, MN 55101 | Reimbursement of Expenses for Trustee's co-special counsel Allowed per Court Order Dated September 22, 2017 [dkt 35] | 3220-610 | | 268.43 | 389,250.92 |
| 10/05/2017 | 51004 | Marc Pearlman<br>Kerns Frost & Pearlman<br>30 West Monroe St, Suite 100<br>Chicago, IL 60603 | Reimbursement of Expenses for Trustee's co-special counsel Allowed per Court Order Dated September 22, 2017 [dkt 35] | 3220-610 | | 64.04 | 389,186.88 |
| | | | | Page Subtotals | 649,519.35 | 260,332.47 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-19971 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Sablik, David | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5336 Checking Account |
| Taxpayer ID No: | **-***6375 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/30/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/05/2017 | 51005 | David D. Sablik<br>c/o David Cutler<br>Cutler & Associates, Ltd.<br>1444 N. Farnsworth Avenue<br>Aurora, IL 60506 | Debtor's Exemption in Settlement Proceeds Allowed Per Court Order Dated September 22, 2017 | 8100-002 | | 15,000.00 | 374,186.88 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 15,000.00 |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 649,519.35 | 275,332.47 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 649,519.35 | 275,332.47 |
| Less: Payments to Debtors | | 15,000.00 |
| **Net** | 649,519.35 | 260,332.47 |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 650,000.00 | |
| All Accounts Gross Disbursements: | 275,813.12 | |
| All Accounts Net: | 374,186.88 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5336 Checking Account | 649,519.35 | 275,332.47 | |
| **Net Totals** | 649,519.35 | 275,332.47 | 374,186.88 |

| Case: 10-19971 | | | | | | Elizabeth C Berg |
|---|---|---|---|---|---|---|
| Sablik, David | | | | | | CLAIMS REGISTER |
| | | | | | | EXHIBIT C Page 1 |

Claims Bar Date: 09/13/17    Government Bar Date: 09/13/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100 | 0.00 | 12,239.05 | 19,092.68 | 0.00 | 12,239.05 |
| | Trustee voluntarily is seeking less than the maximum compensation allowable under section 326 of the Code in order to provide Debtor with surplus of funds equal to 50% of the settlement proceeds. The difference between the maximum allowable and the amount claimed (i.e. $6,853.63) is being paid to the Debtor. The amount claimed by Trustee is approximately 65% of the maximum allowable. | | | | | | |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2200 | 0.00 | 50.19 | 50.19 | 0.00 | 50.19 |
| | Trustee Expenses | | | | | | |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110 | 0.00 | 4,937.50 | 4,937.50 | 0.00 | 4,937.50 |
| | Trustee Attorney Fees | | | | | | |
| | Marc Pearlman<br>Kerns Frost & Pearlman<br>30 West Monroe St, Suite 100<br>Chicago, IL 60603 | 3210 | 0.00 | 104,000.00 | 104,000.00 | 104,000.00 | 0.00 |
| | Trustee's co-special counsel Fees Allowed per Court Order Dated September 22, 2017 [dkt 35] | | | | | | |
| | Jeff Anderson<br>Jeff Anderson & Associates<br>366 Jackson Street, Suite 1600<br>St. Paul, MN 55101 | 3210 | 0.00 | 156,000.00 | 156,000.00 | 156,000.00 | 0.00 |
| | Trustee's co-special counsel Fees Allowed per Court Order Dated September 22, 2017 [dkt 35] | | | | | | |
| | Jeff Anderson<br>Jeff Anderson & Associates<br>366 Jackson Street, Suite 1600<br>St. Paul, MN 55101 | 3220 | 0.00 | 268.43 | 268.43 | 268.43 | 0.00 |
| | Reimbursement of Expenses for Trustee's co-special counsel Allowed per Court Order Dated September 22, 2017 [dkt 35] | | | | | | |
| | Marc Pearlman<br>Kerns Frost & Pearlman<br>30 West Monroe St, Suite 100<br>Chicago, IL 60603 | 3220 | 0.00 | 64.04 | 64.04 | 64.04 | 0.00 |
| | Reimbursement of Expenses for Trustee's co-special counsel Allowed per Court Order Dated September 22, 2017 [dkt 35] | | | | | | |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **277,559.21** | **284,412.84** | **260,332.47** | **24,080.37** |

Case: 10-19971  
Sablik, David  

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C Page 2  

Claims Bar Date: 09/13/17   Government Bar Date: 09/13/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| | Medicare<br>Centers for Medicare & Medicaid Service<br>NGHP<br>PO Box 138832<br>Oklahoma City, OK 73113<br>Secured medical lien claim allowed per order 9/22/17  [dkt 35] | 4220 | 0.00 | 480.65 | 480.65 | 480.65 | 0.00 |
| **SECURED TOTAL** | | | **0.00** | **480.65** | **480.65** | **480.65** | **0.00** |
| 00002A | Cynthia Sablik<br> Ottenheimer Law Group, LLC<br>750 W. Lake Cook Road, Suite 290<br>Buffalo Grove, IL 60089<br>Filed: 10/03/17<br>Priority-DSO portion of claim<br>per POC--payment will be mailed to<br>C. Sablik, 1052 Sycamore Ln., Bartlett, IL 60103 | 5100 | 50,000.00 | 25,421.06 | 25,421.06 | 0.00 | 25,421.06 |
| **PRIORITY TOTAL** | | | **50,000.00** | **25,421.06** | **25,421.06** | **0.00** | **25,421.06** |
| 00001 | Commerce Bank<br>PO Box 419248<br>Kansas City, MO 64141<br>Filed: 06/23/17 | 7100 | 5,375.00 | 5,505.80 | 5,505.80 | 0.00 | 5,505.80 |
| 00002 | Cynthia Sablik<br> Ottenheimer Law Group, LLC<br>750 W. Lake Cook Road, Suite 290<br>Buffalo Grove, IL 60089<br>Filed: 10/03/17<br>Unsecured portion of DSO claim<br>per POC--payment will be mailed to<br>C. Sablik, 1052 Sycamore Ln., Bartlett, IL 60103 | 7200 | 0.00 | 5.28 | 5.28 | 0.00 | 5.28 |
| | David D. Sablik<br>c/o David Cutler<br>Cutler & Associates, Ltd.<br>1444 N. Farnsworth Avenue<br>Aurora, IL 60506<br>Debtor's Exemption in Settlement Proceeds Allowed Per Court Order Dated September 22, 2017 [dkt 35] | 8100 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 |
| 9999 | Sablik, David<br>43 W482 Coleman<br>Saint Charles, IL 60175<br>Trustee voluntarily is providing Debtor with an additional $6,853.63 in order to provide Debtor with a surplus equal to 50% of the settlement proceeds.  The additional funds paid to Debtor are a voluntary reduction in the amount of trustee compensation | 8200 | 0.00 | 318,146.37 | 325,000.00 | 0.00 | 325,000.00 |

| Case: 10-19971 | | | | | Elizabeth C Berg |
|---|---|---|---|---|---|
| Sablik, David | | | | | CLAIMS REGISTER |
| | | | | | EXHIBIT C Page 3 |

Claims Bar Date: 09/13/17    Government Bar Date: 09/13/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | allowable pursuant to section 326 of the Code. | | | | | | |
| **UNSECURED TOTAL** | | | **20,375.00** | **338,657.45** | **345,511.08** | **15,000.00** | **330,511.08** |
| | | | | | | | |
| **REPORT TOTALS** | | | **70,375.00** | **642,118.37** | **655,825.63** | **275,813.12** | **373,158.88** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   10-19971
Case Name:  Sablik, David

Trustee Name:   Elizabeth C Berg

Balance on Hand                                                           $374,186.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Medicare | $ 480.65 | $ 480.65 | $ 480.65 | $ 0.00 |

Total to be paid to secured creditors                                   $      0.00
Remaining Balance                                                       $ 374,186.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 19,092.68 | $ 0.00 | $ 12,239.05 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 50.19 | $ 0.00 | $ 50.19 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 4,937.50 | $ 0.00 | $ 4,937.50 |
| Attorney for Trustee, Expenses: Jeff Anderson | $ 268.43 | $ 268.43 | $ 0.00 |
| Other: Jeff Anderson | $ 156,000.00 | $ 156,000.00 | $ 0.00 |
| Other: Marc Pearlman | $ 104,000.00 | $ 104,000.00 | $ 0.00 |
| Other: Marc Pearlman | $ 64.04 | $ 64.04 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses                  $  17,226.74
Remaining Balance                                                       $ 356,960.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $25,421.06 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00002A | Cynthia Sablik | $ 25,421.06 | $ 0.00 | $ 25,421.06 |
| Total to be paid to priority creditors | | | | $ 25,421.06 |
| Remaining Balance | | | | $ 331,539.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,505.80 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Commerce Bank | $ 5,505.80 | $ 0.00 | $ 5,505.80 |
| Total to be paid to timely general unsecured creditors | | | | $ 5,505.80 |
| Remaining Balance | | | | $ 326,033.28 |

Tardily filed claims of general (unsecured) creditors totaling $5.28 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00002 | Cynthia Sablik | $ 5.28 | $ 0.00 | $ 5.28 |
| Total to be paid to tardy general unsecured creditors | | | | $ 5.28 |
| Remaining Balance | | | | $ 326,028.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.43% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,028.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest

The amount of surplus returned to the debtor after payment of all claims and interest is $325,000.00.