UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Sablik, David § Case No. 10-19971
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $100,600.00 (Without deducting any secured claims) | Assets Exempt: $16,761.00 |
| Total Distributions to Claimants: $32,440.79 | Claims Discharged Without Payment: $120,824.10 |
| Total Expenses of Administration: $277,559.21 | |

   3) Total gross receipts of $650,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $340,000.00 (see **Exhibit 2**), yielded net receipts of $310,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $460,000.00 | $480.65 | $480.65 | $480.65 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $277,559.21 | $277,559.21 | $277,559.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $50,000.00 | $25,421.06 | $25,421.06 | $25,421.06 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $126,199.10 | $5,511.08 | $5,511.08 | $6,539.08 |
| **TOTAL DISBURSEMENTS** | $636,199.10 | $308,972.00 | $308,972.00 | $310,000.00 |

4) This case was originally filed under chapter 7 on 04/30/2010. The case was pending for 96 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   04/28/2018         By :   /s/ Elizabeth C Berg
                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Claim versus the Roman Catholic Archdiocese of Chicago | 1242-000 | $650,000.00 |
| **TOTAL GROSS RECEIPTS** | | $650,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| David D. Sablik | Debtor's Exemption i | 8100-002 | $15,000.00 |
| Sablik, David | Disb of 102.15% to Claim #9999 | 8200-002 | $325,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $340,000.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medicare | 4220-000 | NA | $480.65 | $480.65 | $480.65 |
| | GMAC | | $230,000.00 | NA | NA | $0.00 |
| | Ltd Financial Services | | $230,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $460,000.00 | $480.65 | $480.65 | $480.65 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $12,239.05 | $12,239.05 | $12,239.05 |
| Marc Pearlman | 3210-600 | NA | $104,000.00 | $104,000.00 | $104,000.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $50.19 | $50.19 | $50.19 |
| Jeff Anderson | 3210-600 | NA | $156,000.00 | $156,000.00 | $156,000.00 |
| Jeff Anderson | 3220-610 | NA | $268.43 | $268.43 | $268.43 |
| Marc Pearlman | 3220-610 | NA | $64.04 | $64.04 | $64.04 |
| Baldi Berg, Ltd. | 3110-000 | NA | $4,937.50 | $4,937.50 | $4,937.50 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $277,559.21 | $277,559.21 | $277,559.21 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002A | Cynthia Sablik | 5100-000 | $50,000.00 | $25,421.06 | $25,421.06 | $25,421.06 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $50,000.00 | $25,421.06 | $25,421.06 | $25,421.06 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002A | Cynthia Sablik | 7990-000 | $0.00 | NA | NA | $844.84 |
| 00002 | Cynthia Sablik | 7200-000 | NA | $5.28 | $5.28 | $5.28 |
| 00002 | Cynthia Sablik | 7990-000 | NA | NA | NA | $0.18 |
| 00001 | Commerce Bank | 7100-000 | $5,375.00 | $5,505.80 | $5,505.80 | $5,505.80 |
| 00001 | Commerce Bank | 7990-000 | $0.00 | NA | NA | $182.98 |
| | Aams Llc | | $129.00 | NA | NA | $0.00 |
| | advanced clinic ltd. | | $234.00 | NA | NA | $0.00 |
| | alexian bros. behavioral health | | $435.48 | NA | NA | $0.00 |
| | alexian bros. hospital | | $435.48 | NA | NA | $0.00 |
| | associates in psychiatry | | $142.42 | NA | NA | $0.00 |
| | Bank Of America | | $8,655.00 | NA | NA | $0.00 |
| | Bank Of America | | $11,179.00 | NA | NA | $0.00 |
| | Bank Of America | | $6,935.00 | NA | NA | $0.00 |
| | beck and houlihan andscott p.c. | | $1,600.00 | NA | NA | $0.00 |

Case 10-19971 Doc 44 Filed 05/04/18 Entered 05/04/18 12:05:16 Desc Main
Document Page 5 of 13

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | behavioral healthcare | | $2,070.60 | NA | NA | $0.00 |
| | Capital One, N.a. | | $10,382.00 | NA | NA | $0.00 |
| | cary bortnick m.d. | | $57.80 | NA | NA | $0.00 |
| | cary bortnick m.d. | | $57.80 | NA | NA | $0.00 |
| | centegra hospital wood stock | | $129.65 | NA | NA | $0.00 |
| | central dupage hospital | | $19.10 | NA | NA | $0.00 |
| | central dupage hospital | | $11.03 | NA | NA | $0.00 |
| | Chase | | $621.00 | NA | NA | $0.00 |
| | Chase | | $17,833.00 | NA | NA | $0.00 |
| | Chase | | $8,944.00 | NA | NA | $0.00 |
| | Chase | | $6,521.00 | NA | NA | $0.00 |
| | Chase | | $1,212.00 | NA | NA | $0.00 |
| | citibank | | $1,044.95 | NA | NA | $0.00 |
| | cosport | | $35.20 | NA | NA | $0.00 |
| | Creditor | | $562.50 | NA | NA | $0.00 |
| | delnor hospital | | $348.15 | NA | NA | $0.00 |
| | delnor hospital | | $75.00 | NA | NA | $0.00 |
| | delnor hospital | | $32.72 | NA | NA | $0.00 |
| | delnor hospital | | $348.15 | NA | NA | $0.00 |
| | delnor hospital | | $32.72 | NA | NA | $0.00 |
| | delnor hospital | | $348.15 | NA | NA | $0.00 |
| | dupage medical group | | $51.36 | NA | NA | $0.00 |
| | dupage medical group | | $161.00 | NA | NA | $0.00 |
| | elburn and countryside fire | | $436.30 | NA | NA | $0.00 |
| | elburn and countryside fire | | $536.30 | NA | NA | $0.00 |
| | elgin medi-transport inc. | | $584.00 | NA | NA | $0.00 |
| | Falls Collection Svc | | $145.00 | NA | NA | $0.00 |
| | First National Bank Credit Card | | NA | NA | NA | $0.00 |
| | First Usa Bank N A | | NA | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Usa Bank N A | | NA | NA | NA | $0.00 |
| | Fleet Mtg | | NA | NA | NA | $0.00 |
| | fox valley orthopedics assoc. | | $81.20 | NA | NA | $0.00 |
| | G M A C | | NA | NA | NA | $0.00 |
| | Gemb/lowes Dc | | $317.00 | NA | NA | $0.00 |
| | GMAC | | NA | NA | NA | $0.00 |
| | GMAC | | NA | NA | NA | $0.00 |
| | H & R Accounts Inc | | $152.00 | NA | NA | $0.00 |
| | HSBC | | $7,059.00 | NA | NA | $0.00 |
| | hsbc bank | | $6,832.48 | NA | NA | $0.00 |
| | Ic Systems Inc | | $87.00 | NA | NA | $0.00 |
| | illinois dept of employment | | $5,851.00 | NA | NA | $0.00 |
| | impatient consultants of il. | | $40.20 | NA | NA | $0.00 |
| | in step behavioral | | $70.80 | NA | NA | $0.00 |
| | kca financial services inc. | | $18.40 | NA | NA | $0.00 |
| | Merchants Credit Guide | | $157.00 | NA | NA | $0.00 |
| | Northwest Collectors | | $941.00 | NA | NA | $0.00 |
| | presbrey and associates p.c. | | $2,241.99 | NA | NA | $0.00 |
| | provena st.joseph hospital | | $75.00 | NA | NA | $0.00 |
| | provena st.joseph hospital | | $936.37 | NA | NA | $0.00 |
| | riaz a baber m.d. | | $49.00 | NA | NA | $0.00 |
| | Sears/cbsd | | $1,020.00 | NA | NA | $0.00 |
| | Shell Oil / Citibank | | $1,108.00 | NA | NA | $0.00 |
| | sherman hospital | | $75.00 | NA | NA | $0.00 |
| | sherman hospital | | $75.00 | NA | NA | $0.00 |
| | sherman hospital | | $75.00 | NA | NA | $0.00 |
| | sherman hospital | | $75.00 | NA | NA | $0.00 |
| | sherman hospital | | $75.00 | NA | NA | $0.00 |
| | sherman hospital | | $779.38 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | united recovery system lp. | | $1,020.27 | NA | NA | $0.00 |
| | valley emergency care | | $23.40 | NA | NA | $0.00 |
| | wamu | | $8,944.35 | NA | NA | $0.00 |
| | westgate family medicine | | $298.40 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $126,199.10 | $5,511.08 | $5,511.08 | $6,539.08 |

Page 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-19971 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Sablik, David | | | Date Filed (f) or Converted (c): | 04/30/2010 (f) |
| | | | | 341(a) Meeting Date: | 07/19/2010 |
| For Period Ending: | 04/28/2018 | | | Claims Bar Date: | 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 1052 Sycamore Ln Bartlett IL. | 115,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase checking account | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. 2009 tax return | 761.00 | 0.00 | | 0.00 | FA |
| 4. Various used furntirue and appliances | 500.00 | 0.00 | | 0.00 | FA |
| 5. Various used cds, dvds and books | 50.00 | 0.00 | | 0.00 | FA |
| 6. Various used clothes | 50.00 | 0.00 | | 0.00 | FA |
| 7. Claim versus the Roman Catholic Archdiocese of Chicago (u) | Unknown | 650,000.00 | | 650,000.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 117,361.00 | 650,000.00 | | 650,000.00 | 0.00 |

Re Prop. #7   Trustee and defendant reached a settlement which was approved by this Court on 9/22/17 [dkt 35] such that the Estate will recover $650,000 on account of the Debtor's claim of abuse

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 30, 2017:  This case was originally closed as a no-asset case with no distribution to creditors.  After the case was closed and the original trustee was discharged, the UST received information of the Debtor's interest in a personal injury claim.  The case was reopened pursuant to an order of this Court dated 5/12/17 [dkt 20] and Trustee was appointed as the successor trustee. Trustee obtained court authority to retain special counsel to prosecute the claim for injuries against the Roman Catholic Archdiocese of Chicago ("PI Claim").  Trustee settled the PI Claim and was granted authority to pay special counsel contingency fees and expenses pursuant to this Court's order dated 9/22/17 [dkt 35].  Once the Trustee recovers settlement proceeds, Trustee will pay special counsel allowed fees and expenses and prepare to close this case.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 10-19971 | **Judge:** Janet S. Baer      **Trustee Name:** Elizabeth C Berg |
| **Case Name:** Sablik, David | **Date Filed (f) or Converted (c):** 04/30/2010 (f) |
| | **341(a) Meeting Date:** 07/19/2010 |
| **For Period Ending:** 04/28/2018 | **Claims Bar Date:** 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2018      **Current Projected Date of Final Report(TFR) :** 06/30/2018

**Trustee's Signature**    /s/Elizabeth C Berg      **Date:** 04/28/2018
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

UST Form 101-7-TDR (10/1/2010) (Page 9)                                                                          **Exhibit 8**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-19971 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Sablik, David | Bank Name: | Texas Capital Bank |
|  |  | Account Number/CD#: | ******5336 Checking Account |
| Taxpayer ID No: | **-***6375 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/28/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/02/2017 |  | Archdiocese of Chicago<br>Chicago, IL | Settlement - Claim against the Archdiocese of Chicago |  | 649,519.35 |  | 649,519.35 |
|  | [7] |  | Settlement - Claim against the Archdiocese of Chicago per order 9/22/17  [dkt 35]   650,000.00 | 1242-000 |  |  |  |
|  |  |  | Allowed secured claim per order 9/22/17  [dkt 35]   (480.65) | 4220-000 |  |  |  |
| 10/05/2017 | 51001 | Jeff Anderson<br>Jeff Anderson & Associates<br>366 Jackson Street, Suite 1600<br>St. Paul, MN 55101 | Trustee's co-special counsel Fees Allowed per Court Order Dated September 22, 2017  [dkt 35] | 3210-600 |  | 156,000.00 | 493,519.35 |
| 10/05/2017 | 51002 | Marc Pearlman<br>Kerns Frost & Pearlman<br>30 West Monroe St, Suite 100<br>Chicago, IL 60603 | Trustee's co-special counsel Fees Allowed per Court Order Dated September 22, 2017  [dkt 35] | 3210-600 |  | 104,000.00 | 389,519.35 |
| 10/05/2017 | 51003 | Jeff Anderson<br>Jeff Anderson & Associates<br>366 Jackson Street, Suite 1600<br>St. Paul, MN 55101 | Reimbursement of Expenses for Trustee's co-special counsel Allowed per Court Order Dated September 22, 2017 [dkt 35] | 3220-610 |  | 268.43 | 389,250.92 |
| 10/05/2017 | 51004 | Marc Pearlman<br>Kerns Frost & Pearlman<br>30 West Monroe St, Suite 100<br>Chicago, IL 60603 | Reimbursement of Expenses for Trustee's co-special counsel Allowed per Court Order Dated September 22, 2017 [dkt 35] | 3220-610 |  | 64.04 | 389,186.88 |
|  |  |  |  | Page Subtotals | 649,519.35 | 260,332.47 |  |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-19971 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Sablik, David | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5336 Checking Account |
| Taxpayer ID No: | **-***6375 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/28/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/05/2017 | 51005 | David D. Sablik<br>c/o David Cutler<br>Cutler & Associates, Ltd.<br>1444 N. Farnsworth Avenue<br>Aurora, IL 60506 | Debtor's Exemption in Settlement Proceeds Allowed Per Court Order Dated September 22, 2017 | 8100-002 | | 15,000.00 | 374,186.88 |
| 01/29/2018 | 51006 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 12,239.05 | 361,947.83 |
| 01/29/2018 | 51007 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 50.19 | 361,897.64 |
| 01/29/2018 | 51008 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 4,937.50 | 356,960.14 |
| 01/29/2018 | 51009 | Cynthia Sablik<br>Ottenheimer Law Group, LLC<br>750 W. Lake Cook Road, Suite 290<br>Buffalo Grove, IL 60089 | Disb of 103.32% to Claim #00002A | | | 26,265.90 | 330,694.24 |
| | | | | | (25,421.06) | 5100-000 | |
| | | | | | (844.84) | 7990-000 | |
| | | | | Page Subtotals | 0.00 | 58,492.64 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-19971 | | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- |
| Case Name: | Sablik, David | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5336 Checking Account |
| Taxpayer ID No: | **-***6375 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/28/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/29/2018 | 51010 | Sablik, David<br>43 W482 Coleman<br>Saint Charles, IL 60175 | Disb of 102.15% to Claim #9999<br>Debtor Refund | 8200-002 | | 325,000.00 | 5,694.24 |
| 01/29/2018 | 51011 | Commerce Bank<br>PO Box 419248<br>Kansas City, MO 64141 | Disb of 103.32% to Claim #00001 | | | 5,688.78 | 5.46 |
| | | | | (5,505.80) | 7100-000 | | |
| | | | | (182.98) | 7990-000 | | |
| 01/29/2018 | 51012 | Cynthia Sablik<br> Ottenheimer Law Group, LLC<br>750 W. Lake Cook Road, Suite 290<br>Buffalo Grove, IL 60089 | Disb of 103.41% to Claim #00002 | | | 5.46 | 0.00 |
| | | | | (5.28) | 7200-000 | | |
| | | | | (0.18) | 7990-000 | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Page Subtotals | | 0.00 | 330,694.24 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | 649,519.35 | 649,519.35 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 649,519.35 | 649,519.35 |
| Less: Payments to Debtors | | 340,000.00 |
| **Net** | 649,519.35 | 309,519.35 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-19971 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Sablik, David | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5336 Checking Account |
| Taxpayer ID No: | **-***6375 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/28/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 650,000.00 | | |
| All Accounts Gross Disbursements: | 650,000.00 | | |
| All Accounts Net: | 0.00 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5336 Checking Account | 649,519.35 | 649,519.35 | |
| **Net Totals** | 649,519.35 | 649,519.35 | 0.00 |